IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATION CO., INC., <br>       Plaintiff, <br><br> v. <br><br><br> D'ONOFRIO'S, INC., <br>       Defendant. | ) <br> ) <br> ) <br> )    Civil. Action No. 19-940 <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

On October 29, 2019, Attorney Richard Liebowitz filed a motion to appear pro hac vice (ECF No. 13). On October 30, 2019, the Court granted this motion (ECF No. 14). Upon review, the motion should not have been granted. Local Rule 83.2(B) states that the affidavit in support of a pro hac vice admission "must list and explain any previous disciplinary proceedings concerning the affiant's practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court. The Court will not rule on a motion for admission pro hac vice that does not include an affidavit containing the information and attestations required by this rule."

The affidavit supplied in this case merely lists five cases in which Attorney Liebowitz has been sanctioned, but contains no explanations. Attorney Liebowitz should resubmit the motion for pro hac vice admission with the appropriate information as an errata linked to the motion.

The order granting the motion to appear pro hac vice (ECF No. 14) is vacated.

**SO ORDERED** this 30th day of October, 2019.

                                            /s/Patricia L. Dodge
                                            PATRICIA L. DODGE
                                            United States Magistrate Judge

cc:     All counsel of record via CM/ECF